JOSEPH CZAJA, Respondent, *v.* WILLIAM J. CONNERS, Appellant.

*Czaja* v. *Conners*, 143 App. Div. 918, affirmed.
(Argued January 29, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*H. W. Huntington* for appellant.

*Gordon F. Matthews* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.